UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:   CASE NO. 20-04730-JJG-13
STEVEN MARK PETRY
DEBTOR(S)

## TRUSTEE'S OBJECTION TO CONFIRMATION

Comes now, Ann M. DeLaney, Trustee herein, and objects to confirmation of the debtor's plan dated 08/20/2020 for the following reason (s):

1. Estimated 2019 figure on Internal Revenue Services Proof of Claim needs resolved.
2. Need Motion to Avoid Lien of Mariner Finance.
3. Need **amended** plan to pay homeowners association arrears and Marion County Treasurer through **plan as well as funding the plan**.
4. Debtor is delinquent in plan payments to the Trustee.

WHEREFORE, after notice and hearing, your Trustee requests the Court enter an order sustaining this objection and ordering an amended plan.

Respectfully submitted,

DATE:  January 12, 2021

/s/Ann DeLaney
Ann DeLaney
P.O. Box 441285
Indianapolis, IN  46244
Telephone: (317) 829-7360
Facsimile: (317) 829-7369
Email:anndelaney341@trustee13.com

### Certificate of Service

I do hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been duly served upon the following individuals, by United States mail, first-class postage prepaid, on this date January 12, 2021:

U.S. Trustee     *via electronic mail*

LAW OFFICES OF MARK S ZUCKERBERG     *via electronic mail*

STEVEN MARK PETRY: 1638 WELLESLEY COURT, INDIANAPOLIS, IN 46219-

/s/Ann DeLaney
Ann DeLaney