## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 20-04730-JJG-13 |
| Steven Mark Petry | Chapter 13 |
| Debtor. | Judge Jeffrey J. Graham |

### NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on January 19, 2021, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Mark S. Zuckerberg, Debtor's Counsel
    filings@mszlaw.com

    Ann M. DeLaney, Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on January 19, 2021, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Steven Mark Petry, Debtor
    1638 Wellesley Court
    Indianapolis, IN 46219

                                    /s/ Molly Slutsky Simons
                                    Molly Slutsky Simons (OH 0083702)
                                    Attorney for Creditor