United States Bankruptcy Court
Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 20-04730-JJG |
| Steven Mark Petry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: sgeneric | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Mark Petry, 1638 Wellesley Court, Indianapolis, IN 46219-2445 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 10, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann M. DeLaney | ECFdelaney@trustee13.com  ecfdelaney@gmail.com |
| Mark S Zuckerberg | on behalf of Creditor Wellington Commons Homeowners Association  Inc. filings@mszlaw.com, s.mr72948@notify.bestcase.com |
| Mark S Zuckerberg | on behalf of Debtor Steven Mark Petry filings@mszlaw.com  s.mr72948@notify.bestcase.com |
| Molly Slutsky Simons | on behalf of Creditor U.S. Bank Trust National Association  as Trustee o bankruptcy@sottileandbarile.com |
| Steven C. Earnhart | on behalf of Creditor Wellington Commons Homeowners Association  Inc. earnhart@indiana-attorneys.com, meloche@indiana-attorneys.com |
| U.S. Trustee | |

District/off: 0756-1 User: admin Page 2 of 2
Date Rcvd: Jun 08, 2021 Form ID: sgeneric Total Noticed: 1

ustpregion10.in.ecf@usdoj.gov

TOTAL: 6

SO ORDERED: June 8, 2021.



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 10/2019)

In re:

**Steven Mark Petry**,      Case No. **20–04730–JJG–13**
          Debtor.

### ORDER APPROVING AGREED ENTRY

An Agreed Entry Resolving Motion for Relief from Stay and to Abandon Real Estate was filed on June 7, 2021, by Creditor Wellington Commons Homeowners Association, Inc.

**IT IS ORDERED** that the Agreed Entry Resolving Motion for Relief from Stay and to Abandon Real Estate is **APPROVED**.

The Clerk's Office will distribute this order.

###